ELLA B. HUNTER

*v.*

JAMES M. HUNTER.

*At Ottawa, September Term, 1881.*

ALIMONY—*in the Supreme Court.* On appeal to this court in a suit for divorce, an application on behalf of the wife for temporary alimony to enable her to prosecute her appeal, will not be entertained here. Such an application should be made in the trial court, if at all.

Ella B. Hunter brought suit in the circuit court of Kankakee county, against her husband, James M. Hunter, for a divorce. On the hearing, the circuit court refused to grant the divorce, but decreed separate maintenance to the wife. The husband appealed to the Appellate Court for the Second District, where the decree of the circuit court was reversed, and the cause remanded with directions. Thereupon the wife appealed from the judgment of the Appellate Court to this court, and now asks this court to make an order allowing her temporary alimony to enable her to prosecute her appeal.

Mr. CHARLES R. STARR, for the motion.

Mr. G. S. ELDRIDGE, *contra.*

CRAIG, Ch. J.: It has not been the practice, at least for many years, for this court to entertain an application for alimony. That is left to the court from which the cause comes to this court.

　　　　　　　　*Application for alimony denied.*